STEVEN M. WEINBERG (SBN 235581)
COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265
Tel: (310) 457-6100
Fax: (310) 457-9555
Email: SMWeinberg@cdas.com

Attorneys for Plaintiff
Masterfile Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CV 09 3468

| | |
|---|---|
| MASTERFILE CORPORATION, | Case No. |
| Plaintiff, | **COMPLAINT FOR DAMAGES, PROFITS, INJUNCTIVE AND OTHER EQUITABLE RELIEF FOR FEDERAL COPYRIGHT INFRINGEMENT AND REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION** |
| v. | |
| 6GEAR, INC. | |
| Defendant. | |

Plaintiff Masterfile Corporation ("Masterfile"), by its attorneys Cowan, DeBaets, Abrahams, & Sheppard LLP, as and for its Complaint against defendant 6Gear, Inc. ("Defendant"), alleges as follows:



## INTRODUCTION

1. This is an action for copyright infringement arising out of Defendant's unauthorized reproduction and use of original copyright protected photographs owned and registered by Plaintiff Masterfile. Masterfile seeks injunctive and monetary relief for copyright infringement under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq.*

## PARTIES

2. Plaintiff is a well known stock photography agency with offices at 3 Concorde Gate, Fourth Floor, Toronto, Canada. Plaintiff is in the business of licensing reproduction rights in photographs to users for a fee.

3. Upon information and belief, Defendant is a California corporation engaged in the business of advertising and marketing for the automotive industry with offices at 10 South Van Ness Street, San Francisco CA 94103.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 17 U.S.C. § 501(b) and 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has Court has personal jurisdiction over Defendant because Defendant maintains its principal place of business in the State of California and does and transacts business in this judicial district.

6. Venue is proper within this District pursuant to 28 U.S.C. §§ 1391 and 1400.

## FACTS

7. In or about March 2009, Plaintiff discovered that Defendant was using fifteen (15) photographs owned by Plaintiff (the "Infringed Images") on Defendant's website www.6gear.com (the "Website").

8. Plaintiff has complied in all respects with Copyright Act of the United States of America and secured the exclusive right and privilege in and to the copyright in the Infringed Images by registering its claim of copyright in the Infringed Images and receiving certificate of registration from the Copyright Office under the following registration number:

| Plaintiff Image Identification Number | Copyright Registration Number |
|---|---|
| 700-00015355 | VA 1-023-866 |
| 700-00018387 | VA 1-023-866 |
| 700-00019160 | VA 1-023-866 |
| 700-00019210 | VA 1-023-866 |
| 700-00021846 | VA 1-023-866 |
| 700-00022106 | VA 1-023-866 |
| 700-00023052 | VA 1-023-866 |
| 700-00023344 | VA 1-023-866 |
| 700-00024010 | VA 1-023-866 |
| 700-00025764 | VA 1-023-866 |
| 700-00026756 | VA 1-023-866 |
| 700-00027898 | VA 1-023-866 |
| 700-00028589 | VA 1-023-866 |
| 700-00028616 | VA 1-023-866 |
| 700-00028804 | VA 1-023-866 |

COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

COMPLAINT FOR COPYRIGHT INFRINGEMENT

A copy of the certificate of registration for these Infringed Images, which were registered as individual images within a compilation, under the title "Masterfile Website," is attached hereto as Exhibit "A."

9. Without Plaintiff's knowledge or consent, Defendant reproduced each of these Infringed Images and displayed these unauthorized copies on its Website. Defendant is not, and has never been, licensed or otherwise authorized to use the Photographs.

10. Plaintiff notified Defendant that Defendant's unauthorized use of the Infringing Images constitutes copyright infringement and provided Defendant with an opportunity to rectify its infringing conduct, but Defendant has refused to so rectify its conduct.

11. Defendant's conduct as aforesaid was willful.

## COUNT ONE

### (Copyright Infringement Under 17 U.S.C. § 101 *et seq.*)

12. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1 through 11 above.

13. Defendant's actions as described above constitute infringement of Plaintiff's exclusive rights under its registered copyrights in violation of 17 U.S.C. §§ 106 and 501.

14. Plaintiff is entitled to recover damages, which include its actual losses and any and all profits Defendant has made as a result of its infringing conduct. 17 U.S.C. § 504.

15. Plaintiff is entitled to recover actual damages in no less than the amount of $166,500.00 or in lieu thereof, at Plaintiff's election, statutory damages in no less than the amount of $1,500,000.00, plus attorney's fees and costs.

## COUNT TWO

### (Intentional Removal of Copyright Management Information

**Under 17 U.S.C. § 1202(b)**

16. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1 through 15 above.

17. Each of the Infringed Images copied contained embedded copyright management information protected under 17 U.S.C. § 1202(b).

18. Defendant intentionally removed the copyright management information with the intent to induce, enable, facilitate, or conceal an infringement of Plaintiff's rights under the Copyright Act.

19. Defendant's conduct as aforesaid is a violation of 17 U.S.C. § 1202(b).

20. By reason of said violation, Plaintiff is entitled to recover statutory damages under 17 U.S.C. § 1203(c) in the maximum amount of $2500 for each of the 15 circumventions, for a total of $37,500, plus costs and attorney's fees.

WHEREFORE, Plaintiff prays for the following relief against Defendant:

A. A judgment from this Court that Defendant (1) has infringed Plaintiff's exclusive rights in the Infringed Images, and that this infringement was willful, and (2) has removed Plaintiff's copyright management information embedded in the Infringed Images, and that such removal was willful.

B. Permanent injunctive relief in the form of an order or orders requiring that Defendant, its officers, directors, principals, representatives, agents, servants, employees, successors and assigns, and all persons acting in concert or participation with each or any of them, or for them, be preliminarily and permanently enjoined and restrained from:

  1. copying, reproducing or making any unauthorized use of the Infringed Images or any derivative thereof, in any form; and from

  2. importing, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any simulation, reproduction, counterfeit, or copy of any of the Infringed Images or any derivative thereof, or causing and/or participating

in such importation, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any such items; and from

   3.   removing any copyright management information from any other of Plaintiff's images.

C.   Preliminary and permanent injunctive relief in the form of an order or orders requiring that Defendant turn over for destruction all unauthorized copies of the Infringed Images and all derivatives thereof (including without limitation the Infringed Images) and any item or thing displaying such copies, electronic and physical, in its possession, custody or control;

D.   An award for copyright infringement of actual damages in no less than the amount of $166,500.00 or in lieu thereof, at Plaintiff's election, statutory damages in no less than the amount of $1,500,000.00, plus attorney's fees and costs;

E.   An award of statutory damages for removal of copyright management information in the maximum amount of $2500.00 for each of the 15 intentional removals, for a total of $37,500, plus costs and attorney's fees; and

F.   Such other and further relief as the Court may deem just and proper.

Dated: Malibu, California
       July 23, 2009

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

By: _____
    Steven M. Weinberg

Attorneys for Plaintiff
MASTERFILE CORPORATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
RE:



VA 1-023-866

EFFECTIVE DATE OF REGISTRATION

July 17 2000
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
www.masterfile.com

NATURE OF THIS WORK ▼ See instructions
Catalog of images displayed on Internet

PREVIOUS OR ALTERNATIVE TITLES ▼
Masterfile Website

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼
Masterfile Corporation

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
Compilation of photographs, illustrations and text

**b** NAME OF AUTHOR ▼
See 3 continuation sheets attached
*4

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☒ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3 a** Year In Which Creation of This Work Was Completed
1999   Year   In all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information   Month July   Day 8   Year 1999
ONLY if this work has been published.   Canada & USA   Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada   M4W 3R8

APPLICATION RECEIVED
OCT 06 1999
ONE DEPOSIT RECEIVED
OCT 06 1999   July 17, 200
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Copyright assigned contractually

**MORE ON BACK**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 10 pages

Amended by C.O. By authority of phone call of 1/12/01 and facsimile transmission received on 8/24/00 from Kathy Burgess.

| EXAMINED BY | DW | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☒ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

Note: Some images may have been previously published and registered

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published database

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation; new photos and new artwork

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Steve Pigeon
Masterfile Corporation
75 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada   M4W 3R8

Area code and daytime telephone number   (416) 929-3000        Fax number   (416) 929-9623

Email   spigeon@masterfile.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one {
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Masterfile Corporation/per Steve Pigeon, President        Date   October 6, 1999

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | Name ▼   Masterfile Corporation |
|---|---|
| | Number/Street/Apt ▼   175 Bloor Street East, South Tower, 2nd Floor |
| | City/State/ZIP ▼   Toronto, Ontario, Canada   M4W 3R8 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form VA is $30.

**9**

17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

⟳ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM** VA /CON
UNITED STATES COPYRIGHT OFFICE

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

VA 1-023-866

PA PAU SE SEG SEU SH SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

July 17 2000
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
OCT. 06 1999

Page 3 of 10 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

www.masterfile.com

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario, Canada  M4W 3R8
Masterfile Corporation

## B — Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
    { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
    { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
    { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which)  ☐ Space 1  ☐ Space 4  ☐ Space 6
(Space 2) Page 1 of 3 pages

Image Range 700-00001 to 700-33000

**C** Continuation of other Spaces

## NATURE OF AUTHORSHIP

| Author | | 2 Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Andersen | Claus | | x | No |
| Anderson | Bob | x | x | No |
| Andrews | J. David | | x | No |
| Arsenault | Pierre | | x | No |
| Ballinger | Keith | x | | No |
| Barrett & MacKay | *Wayne/Anne | | x | No |
| Beauregard | Bruno | | x | No |
| Benard | Joel | | x | No |
| Bengson | Rommel | | x | No |
| Benson | Daryl | x | x | No |
| Biss | G. | | x | No |
| Black | Garry | | x | No |
| Blohm | Hans | | x | No |
| Boden/Ledingham | | x | x | No |
| Boothman | Nick | | x | No |
| Brooks | Bill | x | x | No |
| Bruel | Jean-Yves | x | x | No |
| Caron | Derek | | x | No |
| Chomica | Gloria H. | | x | No |
| Christopher | Peter | | x | No |
| Craigmyle | Jim | | x | No |
| Curtis | Ronald M. | x | x | No |
| Daniels | Brent | x | x | No |
| Dannenberg | Thomas | x | | No |
| Davey | Allan | x | | No |
| Davies | Ken | x | | No |
| de Visser | John | | x | No |
| Dobel | Mike | x | x | No |
| Dorval | Didier | | x | No |
| Eardley | Wayne | | x | No |
| Eekhof | Paul | x | x | No |
| Ertman | Miles | | x | No |
| Fehling | Ron | | x | No |
| Finlay | Kathleen | | x | *Yes No |
| Fischer | Rick | x | | No |
| Fisher | Larry | | x | No |
| Fitzpatrick | Steve | | x | No |
| Foster | Janet | | x | No |
| Foster | John | | x | No |

Certificate will be mailed in window envelope to this address:

Name ▼
Masterfile Corporation

Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor

City/State/ZIP ▼
Toronto, Ontario, Canada M4W 3R8

**D**

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

June 1999—20,000
WEB REV June 1999
Printed on recycled paper
☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/62

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM _____ /CON
UNITED STATES COPYRIGHT OFFICE

R:

VA 1-023-866

PA|PAU|SE|SEG|SEU|SR|SRU|TX|TXU|VA|VAU

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

EFFECTIVE DATE OF REGISTRATION

July   17   2000
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
OCT 06 1999

Page  5  of  10  pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.

- TITLE (Give the title as given under the heading 'Title of this Work' in Space 1 of the basic form.)

www.masterfile.com

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario, Canada   M4W 3R8

## B — Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which)  ☐ Space 1   ☐ Space 4   ☐ Space 6
(Space 2)  Page 2 of 3 pages

Image Range  700-00001 to 700-33000

**C** Continuation of other Spaces

## NATURE OF AUTHORSHIP

| Author | | 2 Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| French | Graham | x | x | No |
| Frkovic | Damir | x | x | No |
| Frymire | Bill | x | x | No |
| Gifford | Ed | | x | No |
| Good | Nora | x | x | No |
| Grant | Ted | | x | No |
| Grenier | Guy | x | x | No |
| Griffith | Peter | | x | No |
| Hammond | Franklin | x | | No |
| Hancey | Terry | | x | No |
| ~~Harquail~~ | ~~John~~ | | ~~x~~ | ~~No~~ |
| Harvey | Al | | x | No |
| Hayes | Kerry | | x | No |
| Heringa | Dan | | x | No |
| Hindian | Carlo | | x | No |
| Hines | Sherman | | x | No |
| ~~Holinrake~~ Hollinrake | Kathryn | | x | No |
| Imtek Imagineering | | x | x | Yes |
| Judd | Andrew | x | | No |
| Karpa | Robert | | x | No |
| Kiliaan | Hank | | x | No |
| Klemm | Horst | | x | No |
| Kohn | Michael | | x | No |
| Kolb | Andrew | x | x | No |
| Kraulis | J.A. | x | x | No |
| Leopold | Susan | x | | No |
| Lloyd | R. Ian | | x | No |
| Macri | Mike | | x | No |
| Mahovlich | Michael | | x | No |
| Masterfile | | | x | Yes |
| Masterfile Productions | | | x | Yes |
| McElcheran | Chris | | x | No |
| McKim | Andrew | | x | No |
| MTPA Stock | | x | x | Yes |
| Muir | David | | x | No |
| Newton | Jack | | x | No |
| Normandin | Albert | | x | No |
| Ooms | Roy | x | x | No |

**Certificate will be mailed in window envelope to this address:**

Name ▼
Masterfile Corporation

Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor

City/State/ZIP ▼
Toronto, Ontario, Canada  M4W 1R8

**D**

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights

MAIL TO
Library of Congress, Copyright Office, 101 Independence Avenue, S.E., Washington, D.C. 20559-6000

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM __VA__ /CON
UNITED STATES COPYRIGHT OFFICE

VA 1-023-866

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

PAU SE SEG SEU SR SRU TX TXU (VA) VAU

EFFECTIVE DATE OF REGISTRATION

July 17 2000
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

Page 7 of 10 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

www.masterfile.com

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor, Toronto, Ontario, Canada M4W 3R8

## B — Continuation of Space 2

**d**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which)   ☐ Space 1   ☐ Space 4   ☐ Space 6
(Space 2)   Page 3 of 3 pages

Image Range 700-00001 to 700-33000

**C** Continuation of other Spaces

## NATURE OF AUTHORSHIP

| Author | | 2 Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Patterson | Freeman | | x | No |
| Pieters | Brian | x | x | No |
| Pytlowany | Alec | | x | No |
| Rankin | Toby | | x | No |
| Reinhart | Bryan | | x | No |
| Robertson | Dave | x | x | No |
| Roman | Min | | x | No |
| Rowell | Bruce | x | | No |
| Sanders | Dale | | | No |
| Schmidt | Wilhelm | | x | No |
| Simhoni | George | x | x | No |
| Simmons | Valerie | | x | No |
| Smith | Steve | | x | No |
| Starrett | Dave | x | x | No |
| Stojko | Ross | | x | No |
| Stott | Greg | | x | No |
| Stroud | Ron | | x | No |
| Sutton | Lloyd | | x | No |
| Sytnyk | Brian | | x | No |
| Szuba | Tom | | x | No |
| Tabak | Sidney | | x | No |
| Terpanjian | Paul | | x | No |
| TILT | | | x | Yes |
| Tomalty | Mark | | x | No |
| Tremblay | Pierre | | x | No |
| Valiquet | Carl | | x | No |
| Visser | Karen | x | x | No |
| Walker | Douglas E. | x | x | No |
| Wardell | James | x | | No |
| Weber | Roland | | | No |
| Wenzel | Andrew | | x | No |
| Wiley | Matthew | x | x | No |
| Williams | Larry | | x | No |
| Wilson | Dale | | x | No |
| Wrobleski | Brad | | x | No |
| Yan | Wei | x | x | No |
| Young | Robert George | x | x | No |
| Yu | Kam | x | | No |

**D**

Certificate will be mailed in window envelope to this address:

Name ▼ Masterfile Corporation
Number/Street/Apt ▼ 175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼ Toronto, Ontario, Canada M4W 1R8

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM _____ /CON
UNITED STATES COPYRIGHT OFFICE

VA 1-023-866

SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

July 17 2000
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms. Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

Page 9 of 10 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE: (Give the title as given under the heading 'Title of this Work' in Space 1 of the basic form.)

www.masterfile.com

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.) Masterfile Corporation 175 Bloor St. East, South Tower, Second Floor, Toronto, Ontario, Canada M4W 3R8

**B** Continuation of Space 2

d
NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

e
NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

f
NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

MASTERFILE                                              347 P03    AUG 24 '00  10:59

CONTINUATION OF (Check which): ☐ Space 1   ☐ Space 4   ☐ Space 6

**C** Continuation of other Spaces

(Space 2) Page 4

Image Range 700-00001 to 700-33000

NATURE OF AUTHORSHIP

| Author | | 2-Dimensional Artwork | Photograph | Work made for hire |
|---|---|---|---|---|
| Aldrich | David | x | | No |
| Broda | Ron | x | | No |
| Calef | George | | x | No |
| Chen | Paul | x | | No |
| Craig | David | | | No |
| Fitzharris | Tim | | x | No |
| Geras | Audra | x | | No |
| Gordon | Donna | x | | No |
| Lazarski | Paul | | x | No |
| Lynch | Wayne | | x | No |
| Mazierski | Dave | x | | No |
| Miller | Jean | x | | No |
| McIndoe | Vince | x | | |
| Milne | Courtney | | x | No |
| Nicholls | Calvin | x | | No |
| Sherwood | Stewart | x | | |
| Sweetland | James | x | | No |
| Vallecoccia | Bart | x | | No |
| Zernitsky | Leon | x | | No |

---

Certificate will be mailed in window envelope to this address:

Name ▼ Masterfile Corporation
Number/Street/Apt ▼ 175 Bloor Street East, South Tower, Second Floor
City/State/ZIP ▼ Toronto, Ontario, Canada  M4W 3R8

**D**

June 1999—20,000
WEB REV. June 1999   ⓟ PRINTED ON RECYCLED PAPER                *U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/82